**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01929-BNB

(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

TERESA REYES, on behalf of
FERNANDA RIVERA,

    Plaintiff,

v.

PEARL STREET HEALTH AND REHABILITATION CENTER,
PORTER ADVENTIST HOSPITAL, and
GREGORY ZOLLER, M.D.,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff, Fernanda Rivera, has filed a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). Because Mr. Rivera has not signed either the Complaint or the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which are signed instead by Teresita Reyes, his purported power of attorney, the court construes the these papers liberally as being filed by Ms. Reyes as "next friend" to Mr. Rivera.

    However, Ms. Reyes may not sign either paper on behalf of Mr. Rivera. *See* Rule 11 of the Federal Rules of Civil Procedure ("Every pleading . . . and other paper must be signed . . . by a person personally if the party is unrepresented"); *see also* Local Rule 11.1A. and B. of the Local Rules of Practice for this court. ("Only pro se

individual parties and members of this court's bar may appear or sign pleadings.  The responsibility for signing pleadings . . . shall not be delegated.")

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this court in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) _X_ is missing an original signature by the plaintiff
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ other:

**Complaint, Petition or Application**:
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) _X_ is missing an original signature by the plaintiff
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ names in caption do not match names in text
(16) ___ address must be provided for plaintiff and all defendants
(17) _X_ other: <u>fails to assert a statutory basis for this court's jurisdiction</u>

In addition to these deficiencies, the court notes that Ms. Reyes fails to establish that she has standing to proceed in this action on behalf of Mr. Rivera.  Ms. Reyes may not act as Mr. Rivera's next friend unless she is represented by counsel.  *See Meeker v.*

*Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam) (holding that a minor child cannot bring suit through a parent acting as next friend unless the parent is represented by counsel). A *pro se* litigant may not represent other *pro se* litigants in federal court. *See* 28 U.S.C. § 1654; *see also Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000). "A litigant may bring his own claims to federal court without counsel, but not the claims of others." *Fymbo*, 213 F.31 at 1321. As a result, Ms. Reyes will be ordered to show cause why she should be allowed to prosecute this action as Mr. Rivera's next friend.

Accordingly, it is

ORDERED that Plaintiff, Fernanda Rivera, cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail a copy of this order to Plaintiff in care of Teresita Reyes. It is

FURTHER ORDERED that Plaintiff provide his own address to the court with his response to this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved form for filing a Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in filing an amended Complaint and amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that only he has signed. It is

FURTHER ORDERED that Ms. Reyes show cause in writing **within thirty (30)**

**days from the date of this order** why she should be allowed to prosecute this action as Plaintiff's next friend.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies as directed **within thirty (30) days from the date of this order**, the Complaint will be denied and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED July 22, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland  
United States Magistrate Judge